IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 04-23-2024

**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| TAMELA G., | ) | Case 5:24-cv-00007 |
|    *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | Stipulation – Document Filed Electronically |
| Commissioner of | ) | |
| Social Security, | ) | |
|    *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. On remand, the agency will offer Plaintiff an opportunity for a hearing, take further action as necessary, and issue a new decision. In addition, the Appeals Council will limit the period on remand to the period prior to September 14, 2019. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARTIN O'MALLEY                                TAMELA G.,

By His Attorneys,                              By Her Attorney,

Carla B. Freedman,                             Justin Goldstein
United States Attorney

*/s/ Shannon Fishel*                           */s/* [1]*Justin Goldstein*
Shannon Fishel                                 Justin Goldstein
Special Assistant United States Attorney       Law Offices of Kenneth Hiller
Office of Program Litigation, Office 2         Attorney for Plaintiff
Office of the General Counsel                  6000 N. Bailey Ave., Suite 1A
Social Security Administration                 Amherst, NY 14226
6401 Security Boulevard                        (716) 564-3288
Baltimore, MD 21235                            jgoldstein@kennethhiller.com
(404) 562-1076
Shannon.Fishel@ssa.gov

---

[1] Signed by Ms. Fishel with Mr. Goldstein's permission.