# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tamela L. Gatewood**
       Plaintiff(s)

vs.                            **CASE NUMBER: 5:24-cv-00007 (DNH/TWD)**

**Martin J. O'Malley, Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND: The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. On remand, the agency will offer Plaintiff an opportunity for a hearing, take further action as necessary, and issue a new decision. In addition, the Appeals Council will limit the period on remand to the period prior to September 14, 2019. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 23, 2024.

DATED: April 23, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk