United States District Court
Northern District of New York

| | | |
|---|---|---|
| TAMELA G., | ) | Case 5:24-cv-00007 |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | Stipulation – Document Filed Electronically |
| Commissioner of | ) | |
| Social Security, | ) | |
|     *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT**

IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin Goldstein, attorney for Plaintiff, that the Commissioner of Social Security pay to Plaintiff attorney fees in the amount of $1,485.88, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $405.00.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  May 17, 2024

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: 05-20-2024

Respectfully Submitted,

| | |
|---|---|
| MARTIN O'MALLEY | TAMELA G. |
| By His Attorneys, | By Her Attorney, |
| Carla B. Freedman, <br> United States Attorney | Justin Goldstein |

/s/ *Shannon Fishel*  
Shannon Fishel  
Special Assistant United States Attorney  
Office of Program Litigation, Office 2  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
(404) 562-1076  
Shannon.Fishel@ssa.gov

/s/ [1] *Justin Goldstein*  
   Justin Goldstein, Esq.  
   Law Offices of Kenneth Hiller  
 Attorney for Plaintiff  
       6000 N. Bailey Ave.,  
 Suite 1A Amherst, NY 14226  
 (716) 564-3288  
 jgoldstein@kennethhiller.com

---

[1] Signed by Ms. Fishel with Mr. Goldstein's permission.