# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tamela L. Gatewood**
        Plaintiff(s)

   vs.                              **CASE NUMBER: 5:24-cv-7 (DNH/TWD)**

**Martin J. O'Malley**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin Goldstein, attorney for Plaintiff, that the Commissioner of Social Security pay to Plaintiff attorney fees in the amount of $1,485.88, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $405.00. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated May 20, 2024.

DATED: May 20, 2024

_____
Clerk of Court

                                           s/Kathy Rogers_____
                                           Deputy Clerk